# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:15-00058** |
| | ) | **JUDGE SHARP** |
| **EDMOND HEATH** | ) | |

## O R D E R

Due to a calendar conflict, the sentencing set for November 13, 2015, is hereby reset for Wednesday, November 25, 2015, at 10:30 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE